IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALIREZA BIJAN GHODSTINAT, <br> FRED FRAIDON KORANGY, and <br> BAHAR KORANGY, <br><br> Plaintiffs, <br><br> v. <br><br> THE ISLAMIC REPUBLIC OF IRAN <br><br> Defendant. | Civil Action No.: 1:23-cv-03175-CRC |

**MOTION FOR LEAVE TO PROCEED WITH SERVICE**
**PURSUANT TO 28 U.S.C. § 1608(a)(4)**

The Foreign Sovereign Immunities Act prescribes the methods for serving a foreign state. *See* 28 U.S.C. § 1608. Plaintiffs respectfully request that Plaintiffs be allowed to proceed with diplomatic service under 28 U.S. Code § 1608(a)(4).

The accompanying memorandum more fully explicates the bases for this Motion.

A Proposed Order also accompanies this Motion.

Dated December 6, 2023											Respectfully submitted,

/s/ *Kirby D. Behre*_____
Kirby D. Behre (D.C. Bar # 398461)
Cody F. Marden (D.C. Bar #1631944)
Miller & Chevalier Chartered
900 16th Street, NW
Washington, D.C. 20006
Tel:     (202) 626-5800
Fax:    (202) 626-5801
Email: kbehre@milchev.com
Email: cmarden@milchev.com
*Counsel for Plaintiffs*