**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| ALIREZA BIJAN GHODSTINAT,<br>FRED FRAIDON KORANGY, and<br>BAHAR KORANGY,<br><br>Plaintiffs,<br><br>v.<br><br>THE ISLAMIC REPUBLIC OF IRAN,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No.: 1:23-cv-03175-CRC |

## DECLARATION OF CODY F. MARDEN

1.      I am over eighteen years of age and competent to testify.  I am a member of the District of Columbia bar and I represent the Plaintiffs in the above-captioned action.

2.      The Complaint in this action was filed on October 23, 2023, and the Summons was issued on October 27, 2023.  In the ensuing thirty days, I have worked with staff at Miller & Chevalier to attempt to serve Iran by mail pursuant to 28 U.S.C. § 1608(a)(3).

3.      We have attempted to serve Iran by mail through three different carriers—DHL, FedEx, and the United States Postal Service ("USPS").

4.      I attempted to create a shipment to Iran on DHL's website, and received the following message "DHL Express does not ship to this country at this time. Please select a different destination country to continue."  A true and correct copy of that message as it appears on DHL's website is attached hereto as Exhibit A.

5.      Subsequent calls to DHL from staff acting under my direction at Miller & Chevalier confirmed that DHL does not deliver packages to Iran.

6.      I attempted to create a shipment to Iran on FedEx's website.  The website does not list Iran as an available shipping destination, and other sections of FedEx's website state that: "Service to this country is currently suspended."  A true and correct copy of that message is attached hereto as Exhibit B.

7.      Subsequent calls to FedEx from staff acting under my direction at Miller & Chevalier confirmed that FedEx does not deliver packages to Iran.

8.      I was unable to create a shipping label due to an error on USPS's website, and therefore I made multiple calls to the USPS's customer service phone number in an attempt to understand what actions need to be taken to make shipments to Iran, but I was not able to obtain any information.

9.      I therefore traveled in person to USPS locations to ask in-person about making shipments to Iran.  A USPS employee told me that, to extent they could be made, shipments to Iran would take longer than 30 days.  The employee could not provide an exact shipping estimate.

I declare under penalty of perjury that the foregoing is true and correct.


Dated December 6, 2023                    /s/  *Cody F. Marden*_____
                                          Cody F. Marden (D.C. Bar #1631944)

# EXHIBIT A



## Restricted Country

DHL Express does not ship to this country at this time. Please select a different destination country to continue.

**OK**

DHL Express

Home    Ship    Track

Register   Login

English | Español

If you are already registered in MyDHL

⇆ Switch

✕ Cancel

### From

Name
*First Name and Last Name (Legal ID name recommended)* *

☑ Business Contact

Company ❶

Country/Territory
United States of America ✓

Address *

Address 2

Address 3

ZIP Code        City          State
20001 ✓      Washington ✓            *

☐ Residential Address

Email Address
*DHL will send shipment notifications to this email address* *

Phone Type    Code        Phone          Extension
Office ▾      🇺🇸 1 ✓                  

### To

Name
*First Name and Last Name (Legal ID name recommended)* *

☑ Business Contact

Company ❶

Country/Territory
Iran ✓

Address *

Address 2

Address 3

Suburb          City          State
            Tehran ✓            

☐ Residential Address

Email Address
*DHL will send shipment notifications to this email address*

Phone Type    Code        Phone          Extension
Office ▾      🇮🇷 98 ✓              *

# EXHIBIT B

12/6/23, 11:39 AM
Case 1:23-cv-03175-CRC Document 8-2 Filed 12/06/23 Page 6 of 29
Dangerous Goods countries and territories served

 

# Dangerous Goods
countries and territories served

## International countries/territories: Dangerous Goods acceptance

For countries not serviced or with service suspended, call the FedEx Express Freight customer service hotline at 1.877.398.5851 for International Premium (IP1) or International Express Freight (IXF) Service availability.

Service Types for countries served:

- International Priority (IP)
- International Economy (IE)
- International Priority Freight (IPF)
- International Economy Freight (IEF)

**Afghanistan**
Service to this country is suspended until further notice.

**Albania**
Dangerous Goods Delivery: No
Dry Ice: No
Call **1.877.398.5851** for IP1 or IXF Service availability.

**Algeria**
Dangerous Goods Delivery: No
Dry Ice: No
Call **1.877.398.5851** for IP1 or IXF Service availability.

**American Samoa**
Dangerous Goods Delivery: No
Dry Ice: No
Call **1.877.398.5851** for IP1 or IXF Service availability.

**Andorra**
Dangerous Goods Delivery: No
Dry Ice: No
Call **1.877.398.5851** for IP1 or IXF Service availability.

**Angola**
Dangerous Goods Delivery: No
Dry Ice: No
Call **1.877.398.5851** for IP1 or IXF Service availability.

**Anguilla**
Dangerous Goods Delivery: No
Dry Ice: Yes (inbound only) via IP and IE.
Call **1.877.398.5851** for IP1 or IXF Service availability.

**Antigua**
Dangerous Goods Delivery: No
Dry Ice: Yes (inbound only) via IP and IE.
Call **1.877.398.5851** for IP1 or IXF Service availability.

**Argentina**
Dangerous Goods Delivery: Yes, via IP, IE, IPF, and IEF.
Dry Ice: Yes, via IP, IE, IPF, and IEF.
Radioactives/Explosives: No
DG must comply with LATAM airline limitations.
Class 6.1 PG I: No
Not all cities served.

**Armenia**
Dangerous Goods Delivery: No
Dry Ice: No
Call **1.877.398.5851** for IP1 or IXF Service availability.

**Aruba**
Dangerous Goods Delivery: Yes, via IP, IE, IPF, and IEF.
Dry Ice: Yes, via IP, IE, IPF, and IEF.
Not all cities served.

**Australia**
Dangerous Goods Delivery: Yes, via IP, IE, IPF, and IEF.
Dry Ice: Yes, via IP, IE, IPF, and IEF.
Radioactives/Explosives: No
Infectious Substances (Category A; UN2814 and UN2900): No
Not all cities served.

**Austria**
Dangerous Goods Delivery: Yes, via IP, IE, and IPF.
Dry Ice: Yes, via IP, IE, IPF, and IEF.
Radioactives: No
Explosives: 1.4S only
Infectious Substances (Category A; UN2814 and UN2900): No
Not all cities served.

**Azerbaijan**
Dangerous Goods Delivery: No
Dry Ice: No
Call **1.877.398.5851** for IP1 or IXF Service availability.

**Bahamas**
Dangerous Goods Delivery: Yes, via IP, IE, IPF, and IEF.
Dry Ice: Yes, via IP, IE, IPF, and IEF.
Not all cities served.

**Bahrain**
Dangerous Goods Delivery: Yes, via IP, IE, IPF, and IEF.
Dry Ice: Yes, via IP, IE, IPF, and IEF.
Radioactives: No
Explosives: Ministry of Interior and Directorate General for Civil Aviation (DGCA) approvals are required from the consignee for all acceptable class 1 (1.4S and 1.4G only) explosives.

**Bangladesh**
Dangerous Goods Delivery: No
Dry Ice: Accepted for Vaccine import shipments only via IP and IPF. Permission of the Directorate General of Drug

Administration is required.
Call **1.877.398.5851** for IP1 or IXF Service availability.

**Barbados**
Dangerous Goods Delivery: Yes, via IP, IE, IPF, and IEF.
Outbound is accepted only if dropped off at the station; inbound is accepted only as a Hold at Location.
Dry Ice: Yes, via IP, IE, IPF, and IEF.
Radioactives/Explosives: No
Not all cities served.

**Barbuda**
Dangerous Goods Delivery: No
Dry Ice: No
Call **1.877.398.5851** for IP1 or IXF Service availability.

**Belarus**
Service to this country is suspended until further notice.

**Belgium**
Dangerous Goods Delivery: Yes, via IP, IE, IPF, and IEF.
Dry Ice: Yes, via IP, IE, IPF, and IEF.
Radioactives/Explosives: No

**Belize**
Dangerous Goods Delivery: No
Dry Ice: Yes, via IP and IE (inbound only).
Call **1.877.398.5851** for IP1 or IXF Service availability.

**Benin**
Dangerous Goods Delivery: No
Dry Ice: No
Call **1.877.398.5851** for IP1 or IXF Service availability.

**Bermuda**
Dangerous Goods Delivery: No
Dry Ice: Yes, via IP, IE, IPF, and IEF.
Call **1.877.398.5851** for IP1 or IXF Service availability.

**Bhutan**
Dangerous Goods Delivery: No
Dry Ice: No
Call **1.877.398.5851** for IP1 or IXF Service availability.

**Bolivia**
Dangerous Goods Delivery: No
Dry Ice: Yes, via IP and IE (inbound only). Shipments with dry ice require a special operating plan before being sent.
Please contact Sales.
Call **1.877.398.5851** for IP1 or IXF Service availability.

**Bonaire**
Dangerous Goods Delivery: No
Dry Ice: Yes, via IP and IE.
Call **1.877.398.5851** for IP1 or IXF Service availability.

**Bosnia-Herzegovina**
Dangerous Goods Delivery: No
Dry Ice: No
Call **1.877.398.5851** for IP1 or IXF Service availability.

**Botswana**
Dangerous Goods Delivery: No
Dry Ice: No
Call **1.877.398.5851** for IP1 or IXF Service availability.

**Brazil**
Dangerous Goods Delivery: Yes, via IP, IE, IPF, and IEF.
Dry Ice: Yes, via IP, IE, IPF, and IEF.
Radioactives/Explosives: No
Broker Select required for shipments exceeding 68kg per package and/or $3,000 declared value.
Package certification documentation is required for all specification packaging.
Not all cities served.

**British Guyana**
See listing under Guyana.

**British Virgin Islands**
Dangerous Goods Delivery: No
Dry Ice: Yes, via IP, IE, and IPF.
Call **1.877.398.5851** for IP1 or IXF Service availability.

**Brunei**
Dangerous Goods Delivery: No
Dry Ice: Accepted for COVID Vaccine import shipments only via IP and IPF.
Call **1.877.398.5851** for IP1 or IXF Service availability.

**Bulgaria**
Dangerous Goods Delivery: Yes, via IP, IE, IPF, and IEF.
Dry Ice: Yes, via IP and IE.
Radioactives: No
Explosives: 1.4S only.
Infectious Substances (Category A; UN2814 and UN2900): No
Not all cities served.

**Burkina Faso**
Dangerous Goods Delivery: No
Dry Ice: No
Call **1.877.398.5851** for IP1 or IXF Service availability.

**Burma**
See listing under Myanmar.

**Burundi**
Dangerous Goods Delivery: No
Dry Ice: No
Call **1.877.398.5851** for IP1 or IXF Service availability.

**Cambodia**
Dangerous Goods Delivery: No
Dry Ice: Accepted via IP for Vaccine import shipments only.
Call **1.877.398.5851** for IP1 or IXF Service availability.

**Cameroon**
Dangerous Goods Delivery: No
Dry Ice: No
Call **1.877.398.5851** for IP1 or IXF Service availability.

**Canada**
Dangerous Goods Delivery: Yes, via IP, IE, IPF, and IEF.
Dry Ice: Yes, via IP, IE, IPF, and IEF.

Not all cities served.

**Canary Islands**
See listing under Spain.

**Cape Verde**
Dangerous Goods Delivery: No
Dry Ice: No
Call **1.877.398.5851** for IP1 or IXF Service availability.

**Cayman Islands**
Dangerous Goods Delivery: No
Dry Ice: Yes, via IP, IE, IPF, and IEF.
Call **1.877.398.5851** for IP1 or IXF Service availability.

**Central African Republic**
Service to this country is suspended until further notice.

**Chad**
Dangerous Goods Delivery: No
Dry Ice: No
Call **1.877.398.5851** for IP1 or IXF Service availability.

**Channel Islands**
See listing under United Kingdom.

**Chile**
Dangerous Goods Delivery: Yes, via IP, IE, IPF, and IEF.
Dry Ice: Yes, via IP, IE, IPF, and IEF.
Santiago only

**China**
Dangerous Goods Delivery: No
Dry Ice: Yes, via IP and IPF, select locations only.
Biological Substances (Category B; UN3373): No
UN3082/UN3077 per IATA special provision A197: No
Contact your account executive for more information on Dry Ice and the IP1 DG to China program.

**Colombia**
Dangerous Goods Delivery: Yes, via IP, IE, IPF, and IEF, Bogota only. Not all postal codes served. Rionegro Hold at Airport only.
Dry Ice: Yes, via IP, IE, IPF, and IEF, Hold at Bogota Airport only.
To ship Explosives or UN1202, UN1203, or UN1863 to Colombia, customers must call the FedEx Express Freight Services Hotline at **1.877.398.5851**.

**Commonwealth of Independent States**
See individual countries.

**Comoros**
Service to this country has never been initiated.

**Congo**
Dangerous Goods Delivery: No
Dry Ice: No
Call **1.877.398.5851** for IP1 or IXF Service availability.

**Congo, Democratic Republic of**
Dangerous Goods Delivery: No
Dry Ice: Accepted via IP for COVID Vaccine import shipments only.
Call **1.877.398.5851** for IP1 or IXF Service availability.

**Cook Islands**
Dangerous Goods Delivery: No
Dry Ice: No
Call **1.877.398.5851** for IP1 or IXF Service availability.

**Costa Rica**
Dangerous Goods Delivery: Yes, via IP, IE, and IPF. Hold at location only
Dry Ice: Yes, via IP, IE, and IPF.
Radioactives/Explosives: No

**Croatia**
Dangerous Goods Delivery: Yes, via IP, IE, IPF, and IEF.
Dry Ice: Yes, via IP, IE, IPF, and IEF.
Radioactives: No
Explosives: No
Infectious Substances (Category A; UN2814 and UN2900): No
Not all cities served.

**Cuba**
Service to this country has never been initiated.

**Curacao**
Dangerous Goods Delivery: No
Dry Ice: Yes, via IP and IE, medicine only.
Call **1.877.398.5851** for IP1 or IXF Service availability.

**Cyprus**
Dangerous Goods Delivery: No
Dry Ice: No
Call **1.877.398.5851** for IP1 or IXF Service availability.

**Czech Republic**
Dangerous Goods Delivery: Yes, via IP, IE, IPF, and IEF.
Dry Ice: Yes, via IP, IE, IPF, and IEF.
Radioactives: No
Explosives: 1.4S only

**Denmark**
Dangerous Goods Delivery: Yes, via IP, IE, IPF, and IEF.
Dry Ice: Yes, via IP, IE, IPF, and IEF.
Radioactives: No
Explosives: 1.4S only
Accessible DG cannot exceed 32 kg gross weight and the following dimensions: H 75cm, W 120cm, L 120cm.

**Djibouti**
Dangerous Goods Delivery: No
Dry Ice: No
Call **1.877.398.5851** for IP1 or IXF Service availability.

**Dominica**
Dangerous Goods Delivery: No
Dry Ice: Yes, via IP, IE, and IPF (inbound only).
Call **1.877.398.5851** for IP1 or IXF Service availability.

**Dominican Republic**
Dangerous Goods Delivery: Yes, via IP, IE, and IPF as hold at location.
Dry Ice: Yes, via IP, IE, IPF, and IEF.
Radioactives/Explosives: No

**East Timor**
Dangerous Goods Delivery: No
Dry Ice: No
Call **1.877.398.5851** for IP1 or IXF Service availability.

**Ecuador**
Dangerous Goods Delivery: No
Dry Ice: Yes, via IP and IE (inbound only). Shipments with dry ice require a special operating plan before being sent.
Please contact Sales.
Call **1.877.398.5851** for IP1 or IXF Service availability.

**Egypt**
Dangerous Goods Delivery: No
Dry Ice: Accepted via IP and IPF for COVID Vaccine import shipments only.
Call **1.877.398.5851** for IP1 or IXF Service availability.

**El Salvador**
Dangerous Goods Delivery: No
Dry Ice: Yes, via IP and IE (inbound only).
Call **1.877.398.5851** for IP1 or IXF Service availability.

**England**
See listing under United Kingdom.

**Equatorial Guinea**
Service to this country is suspended until further notice.

**Eritrea**
Dangerous Goods Delivery: No
Dry Ice: No
Call **1.877.398.5851** for IP1 or IXF Service availability.

**Estonia**
Dangerous Goods Delivery: Yes, via IP, IE, IPF, and IEF.
Dry Ice: Yes, via IP, IE, IPF, and IEF.
Radioactives: No
Explosives: 1.4S only
Infectious Substances (Category A; UN2814 and UN2900): No
Accessible DG cannot exceed 32 kg gross weight and the following dimensions: H 75cm, W 120cm, L 120cm.
Not all cities served.

**Eswatini (Swaziland)**
Dangerous Goods Delivery: No
Dry Ice: No
Call **1.877.398.5851** for IP1 or IXF Service availability.

**Ethiopia**
Dangerous Goods Delivery: No
Dry Ice: Accepted via IP and IPF for COVID Vaccine import shipments only.
Call **1.877.398.5851** for IP1 or IXF Service availability.

**Faroe Islands**
Dangerous Goods Delivery: No
Dry Ice: No
Call **1.877.398.5851** for IP1 or IXF Service availability.

**Falkland Islands**
Service to this country has never been initiated.

**Fiji**
Dangerous Goods Delivery: No
Dry Ice: No
Call **1.877.398.5851** for IP1 or IXF Service availability.

**Finland**
Dangerous Goods Delivery: Yes, via IP, IE, IPF, and IEF.
Dry Ice: Yes, via IP, IE, IPF, and IEF.
Radioactives: No
Explosives: 1.4S only
Accessible DG cannot exceed 32 kg gross weight and the following dimensions: H 75cm, W 120cm, L 120cm.
Not all cities served.

**France**
Dangerous Goods Delivery: Yes, via IP, IE, IPF, and IEF. (Not accepted to French Islands).
Dry Ice: Yes, via IP, IE, IPF, and IEF.
Radioactives: No
Explosives: 1.4S only
Not all cities served.

**French Guiana**
Dangerous Goods Delivery: No
Dry Ice: Yes, via IP and IE (inbound only).
Call **1.877.398.5851** for IP1 or IXF Service availability.

**French Polynesia**
Dangerous Goods Delivery: No
Dry Ice: No
Call **1.877.398.5851** for IP1 or IXF Service availability.

**Gabon**
Dangerous Goods Delivery: No
Dry Ice: No
Radioactives/Explosives: No
Call **1.877.398.5851** for IP1 or IXF service availability.

**Gambia**
Dangerous Goods Delivery: No
Dry Ice: No
Call **1.877.398.5851** for IP1 or IXF Service availability.

**Georgia**
Dangerous Goods Delivery: No
Dry Ice: No
Call **1.877.398.5851** for IP1 or IXF Service availability.

**Germany**
Dangerous Goods Delivery: Yes, via IP, IE, IPF, and IEF.
Dry Ice: Yes, via IP, IE, IPF, and IEF.
Radioactives: No
Explosives: 1.4S only
Infectious Substances (Category A; UN2814 and UN2900): No

**Ghana**
Dangerous Goods Delivery: No
Dry Ice: No
Radioactives/Explosives: No
Call **1.877.398.5851** for IP1 or IXF Service availability.

Case 1:23-cv-03175-CRC   Document 8-2   Filed 12/06/23   Page 14 of 29

**Gibraltar**
Dangerous Goods Delivery: No
Dry Ice: No
Call **1.877.398.5851** for IP1 or IXF Service availability.

**Greece**
Dangerous Goods Delivery: Yes, via IP, IE, IPF, and IEF.
Dry Ice: Yes, via IP, IE, IPF, and IEF.
Radioactives: No
Explosives: 1.4S only
Infectious Substances (Category A; UN2814 and UN2900): No
Not all cities served.

**Greenland**
Dangerous Goods Delivery: No
Dry Ice: No
Call **1.877.398.5851** for IP1 or IXF Service availability.

**Grenada**
Dangerous Goods Delivery: Yes, via IP, IE, IPF, and IEF. Hold at Location Service only.
Dry Ice: Yes, via IP, IE, IPF, and IEF.
Radioactives/Explosives: No

**Guadeloupe**
Dangerous Goods Delivery: No
Dry Ice: Yes, via IP, IE, IPF, and IEF.
Call **1.877.398.5851** for IP1 or IXF Service availability.

**Guam**
Dangerous Goods Delivery: No
Dry Ice: No
Call **1.877.398.5851** for IP1 or IXF Service availability.

**Guatemala**
Dangerous Goods Delivery: No
Dry Ice: Yes, via IP and IPF.
Call **1.877.398.5851** for IP1 or IXF Service availability.

**Guinea**
Dangerous Goods Delivery: No
Dry Ice: No
Call **1.877.398.5851** for IP1 or IXF Service availability.

**Guinea-Bissau**
Service to this country is suspended until further notice.

**Guyana**
Dangerous Goods Delivery: No
Dry Ice: Yes, via IP and IE (inbound only).
Call **1.877.398.5851** for IP1 or IXF Service availability.

**Haiti**
Dangerous Goods Delivery: No
Dry Ice: Yes, via IP and IE (inbound only).
Call **1.877.398.5851** for IP1 or IXF Service availability.

**Honduras**
Dangerous Goods Delivery: No
Dry Ice: Yes, via IP (inbound only).
Call **1.877.398.5851** for IP1 or IXF Service availability.

**Hong Kong SAR, China**
Dangerous Goods Delivery: Yes, via IP, IE, and IPF.
Dry Ice: Yes, via IP, IE, and IPF.
Radioactives/Explosives: No

**Hungary**
Dangerous Goods Delivery: Yes, via IP and IE.
Dry Ice: Yes, via IP, IE, IPF, and IEF.
Radioactives: No
Explosives: 1.4S only
Infectious Substances (Category A; UN2814 and UN2900): No
Accessible DG cannot exceed 32 kg gross weight and the following dimensions: H 75cm, W 120cm, L 120cm.
Not all cities served.

**Iceland**
Dangerous Goods Delivery: No
Dry Ice: No
Call **1.877.398.5851** for IP1 or IXF Service availability.

**India**
Dangerous Goods Delivery: Yes, via IP, IE, and IPF. Hold at Location service at airports only; must select customs broker. Only to Mumbai, Delhi, Chennai, and Bangalore.
Dry Ice: Yes, via IP, IE, IPF, and IEF. Only to Mumbai, Delhi, Chennai and Bangalore. For COVID vaccines only service to the following additional cities: Ahmedabad, Ankleshwar, Gandhinagar, Hyderabad, Maraimalanagar, Panvel, Pune, and Vishakapatanam.
Radioactives/Explosives: No

**Indonesia**
Dangerous Goods Delivery: Class 9 only via IP and IPF.
Dry Ice: Yes, via IP, IE, IPF, and IEF.
Not all cities served.
Call **1.877.398.5851** for IP1 or IXF Service availability.

**Iran**
Service to this country is currently suspended.

**Iraq**
Dangerous Goods Delivery: No
Dry Ice: Accepted for COVID Vaccine import shipments only via IP and IPF.
Call **1.877.398.5851** for IP1 or IXF Service availability.

**Ireland, Republic of**
Dangerous Goods Delivery: Yes, via IP, IE, IPF, and IEF.
Dry Ice: Yes, via IP, IE, IPF, and IEF.
Radioactives: No
Explosives: 1.4S only
Infectious Substances (Category A; UN2814 and UN2900): No
Not all cities served.

**Israel**
Dangerous Goods Delivery: Yes, via IP, IE, IPF, and IEF.
Dry Ice: Yes, via IP, IE, IPF, and IEF.
Radioactives/Explosives: No
Not all cities served.

**Italy**
Dangerous Goods Delivery: Yes, via IP, IE, and IPF.
Dry Ice: Yes, via IP, IE, IPF, and IEF.

Case 1:23-cv-03175-CRC    Document 8-2    Filed 12/06/23    Page 16 of 29

Radioactives/Explosives: No
Infectious Substances (Category A; UN2814 and UN2900): No
Not all cities served.

**Ivory Coast**
Dangerous Goods Delivery: No
Dry Ice: No
Call **1.877.398.5851** for IP1 or IXF Service availability.

**Jamaica**
Dangerous Goods Delivery: Yes, via IP, IE, IPF, and IEF. Hold at location at Kingston Airport and Montego Bay only.
Dry Ice: Yes, via IP, IE, IPF, and IEF.
Radioactives/Explosives: No

**Japan**
Dangerous Goods Delivery: Yes, via IP, IE, IPF, and IEF.
Dry Ice: Yes, via IP, IE, IPF, and IEF.
Radioactives: No

**Johnston Island**
Service to this country has never been initiated.

**Jordan**
Dangerous Goods Delivery: No
Dry Ice: Accepted for COVID Vaccine import shipments only via IP and IPF.
Call **1.877.398.5851** for IP1 or IXF Service availability.

**Kazakhstan**
Dangerous Goods Delivery: No
Dry Ice: No
Call **1.877.398.5851** for IP1 or IXF Service availability.

**Kenya**
Dangerous Goods Delivery: Yes, via IP and IPF.
Dry Ice: Yes, via IP and IPF.
Explosives: Yes
Radioactives: No
Nairobi only.

**Kiribati**
This country is not served.

**Korea, North**
Service to this country has never been initiated.

**Korea, South**
Dangerous Goods Delivery: Yes, via IP, IE, IPF, and IEF.
Dry Ice: Yes, via IP, IE, IPF, and IEF.
Radioactives: Importer must obtain approval from the Nuclear Safety and Security Commission. No customs clearance without approval.
Explosives: No

**Kuwait**
Dangerous Goods Delivery: Yes, via IP, IE, IPF, and IEF.
Dry Ice: Yes, via IP, IE, IPF, and IEF.
Radioactives: No
Explosives: Ministry of Interior and Directorate General for Civil Aviation (DGCA) approvals are required from the consignee for all acceptable class 1 (1.4S and 1.4G only) explosives.

**Kyrgyzstan**
Dangerous Goods Delivery: No
Dry Ice: No
Call **1.877.398.5851** for IP1 or IXF Service availability.

**Laos**
Dangerous Goods Delivery: No
Dry Ice: No
Call **1.877.398.5851** for IP1 or IXF Service availability.

**Latvia**
Dangerous Goods Delivery: No
Dry Ice: No
Call **1.877.398.5851** for IP1 or IXF Service availability.

**Lebanon**
Dangerous Goods Delivery: No
Dry Ice: Accepted for COVID Vaccine import shipments only via IP and IPF.
Call **1.877.398.5851** for IP1 or IXF Service availability.

**Lesotho**
Dangerous Goods Delivery: No
Dry Ice: No
Call **1.877.398.5851** for IP1 or IXF Service availability.

**Liberia**
Dangerous Goods Delivery: No
Dry Ice: No
Call **1.877.398.5851** for IP1 or IXF Service availability.

**Libya**
Dangerous Goods Delivery: No
Dry Ice: No
Call **1.877.398.5851** for IP1 or IXF Service availability.

**Liechtenstein**
Dangerous Goods Delivery: Yes, via IP and IE.
Dry Ice: Yes, via IP and IE.
Radioactives: No
Explosives: 1.4S only
Not all cities served.

**Lithuania**
Dangerous Goods Delivery: Yes, via IP and IE.
Dry Ice: Yes, via IP and IE.
Radioactives: No
Explosives: 1.4S only
Infectious Substances (Category A; UN2814 and UN2900): No
Accessible DG cannot exceed 32 kg gross weight and the following dimensions: H 75cm, W 120cm, L 120cm.
Not all cities served.

**Luxembourg**
Dangerous Goods Delivery: Yes, via IP, IE, IPF, and IEF.
Dry Ice: Yes, via IP, IE, IPF, and IEF.
Radioactives/Explosives: No
Not all cities served.

**Macau SAR, China**
Dangerous Goods Delivery: No
Dry Ice: No

Call **1.877.398.5851** for IP1 or IXF Service availability.

### Macedonia

Dangerous Goods Delivery: No
Dry Ice: No
Call **1.877.398.5851** for IP1 or IXF Service availability.

### Madagascar

Dangerous Goods Delivery: No
Dry Ice: No
Call **1.877.398.5851** for IP1 or IXF Service availability.

### Malawi

Dangerous Goods Delivery: No
Dry Ice: No
Call **1.877.398.5851** for IP1 or IXF Service availability.

### Malaysia

Dangerous Goods Delivery: Yes, via IP, IE, IPF, and IEF.
Dry Ice: Yes, via IP, IE, IPF, and IEF.
Radioactives/Explosives: No
Not all cities served.

### Maldives, Republic of

Dangerous Goods Delivery: No
Dry Ice: Accepted for COVID Vaccine import shipments only via IP and IPF.
Call **1.877.398.5851** for IP1 or IXF Service availability.

### Mali

Dangerous Goods Delivery: No
Dry Ice: No
Call **1.877.398.5851** for IP1 or IXF Service availability.

### Malta

Dangerous Goods Delivery: Yes, via IP, IE, IPF, and IEF.
Dry Ice: Yes, via IP, IE, IPF, and IEF.
Radioactives: No
Explosives: 1.4S only
Infectious Substances (Cat A; UN2814 and UN2990): No
Accessible DG cannot exceed 32 kg gross weight and the following dimensions: H 75cm, W 120cm, L 120cm.
Not all cities served.

### Marshall Islands

Dangerous Goods Delivery: No
Dry Ice: No
Call **1.877.398.5851** for IP1 or IXF Service availability.

### Martinique

Dangerous Goods Delivery: No
Dry Ice: Yes, via IP, IE, IPF, and IEF.
Call **1.877.398.5851** for IP1 or IXF Service availability.

### Mauritania

Dangerous Goods Delivery: No
Dry Ice: No
Call **1.877.398.5851** for IP1 or IXF Service availability.

### Mauritius

Dangerous Goods Delivery: No
Dry Ice: No

Call **1.877.398.5851** for IP1 or IXF Service availability.

**Mayotte Island**
This country is not served.

**Mexico**
Dangerous Goods Delivery: Yes, via IP, IE, IPF, and IEF. Hold at Location only at Toluca, Guadalajara, Monterrey, and Queretaro airports.
Dry Ice: Yes, via IP, IE, IPF, and IEF. Hold at Location only at Toluca, Guadalajara, Monterrey, and Queretaro airports.
Explosives: No
Must select customs broker for clearance.

**Micronesia**
Dangerous Goods Delivery: No
Dry Ice: No
Call **1.877.398.5851** for IP1 or IXF Service availability.

**Moldova**
Dangerous Goods Delivery: No
Dry Ice: No
Call **1.877.398.5851** for IP1 or IXF Service availability.

**Monaco**
Dangerous Goods Delivery: Yes, via IP, IE, IPF, and IEF.
Dry Ice: Yes, via IP, IE, IPF, and IEF.
Radioactives: No
Explosives: 1.4S only

**Mongolia**
Dangerous Goods Delivery: No
Dry Ice: No
Call **1.877.398.5851** for IP1 or IXF Service availability.

**Montenegro**
Dangerous Goods: No
Dry Ice: No
Radioactives: No
Explosives: No
Call **1.877.398.5851** for IP1 or IXF Service availability.

**Montserrat**
Dangerous Goods Delivery: No
Dry Ice: Yes, via IP and IE (inbound only).
Call **1.877.398.5851** for IP1 or IXF Service availability.

**Morocco**
Dangerous Goods Delivery: No
Dry Ice: Accepted for COVID Vaccine import shipments only via IP and IPF.
Call **1.877.398.5851** for IP1 or IXF Service availability.

**Mozambique**
Dangerous Goods Delivery: No
Dry Ice: Accepted for COVID Vaccine import shipments only via IP and IPF.
Call **1.877.398.5851** for IP1 or IXF Service availability.

**Myanmar (Burma)**
Service to this country is currently suspended.

**Namibia**
Dangerous Goods Delivery: No
Dry Ice: No

Call **1.877.398.5851** for IP1 or IXF Service availability.

**Nauru**
This country is not served.

**Nepal**
Dangerous Goods Delivery: No
Dry Ice: No
Call **1.877.398.5851** for IP1 or IXF Service availability.

**Netherlands (Holland)**
Dangerous Goods Delivery: Yes, via IP, IE, IPF, and IEF.
Dry Ice: Yes, via IP, IE, IPF, and IEF.
Radioactives: No
Explosives: No
Not all cities served.

**New Caledonia**
Dangerous Goods Delivery: No
Dry Ice: No
Call **1.877.398.5851** for IP1 or IXF Service availability.

**New Zealand**
Dangerous Goods Delivery: Yes, via IP and IPF.
Dry Ice: Yes, via IP and IPF.
Radioactives/Explosives: No
Infectious Substance (Category A; UN2814 and UN2900): No
Standalone Lithium Batteries (UN3480 and UN3090): No
Max gross weight per package 70 lbs. (32 kg.)
Not all cities served.

**Nicaragua**
Dangerous Goods Delivery: No
Dry Ice: No
Call **1.877.398.5851** for IP1 or IXF Service availability.

**Niger**
Dangerous Goods Delivery: No
Dry Ice: No
Call **1.877.398.5851** for IP1 or IXF Service availability.

**Nigeria**
Dangerous Goods Delivery: No
Dry Ice: No
Call **1.877.398.5851** for IP1 or IXF Service availability.

**Niue**
Service to this country has never been initiated.

**Northern Mariana Islands**
Dangerous Goods Delivery: No
Dry Ice: No
Call **1.877.398.5851** for IP1 or IXF Service availability.

**Norway**
Dangerous Goods Delivery: Yes, via IP, IE, IPF, and IEF.
Dry Ice: Yes, via IP, IE, IPF, and IEF.
Radioactives: No

Case 1:23-cv-03175-CRC   Document 8-2   Filed 12/06/23   Page 21 of 29

Explosives: 1.4S only
Accessible DG cannot exceed 32 kg gross weight and the following dimensions: H 75cm, W 120cm, L 120cm.
Not all cities served.

**Oman**
Dangerous Goods Delivery: No
Dry Ice: No
Call **1.877.398.5851** for IP1 or IXF Service availability.

**Pakistan**
Dangerous Goods Delivery: No
Dry Ice: Accepted for COVID Vaccine import shipments only via IP and IPF.
Call **1.877.398.5851** for IP1 or IXF Service availability.

**Palau**
Dangerous Goods Delivery: No
Dry Ice: No
Call **1.877.398.5851** for IP1 or IXF Service availability.

**Palestine Autonomous**
Dangerous Goods Delivery: No
Dry Ice: No
Call **1.877.398.5851** for IP1 or IXF Service availability.

**Panama**
Dangerous Goods Delivery: Yes, via IP, IE, IPF, and IEF. Hold at Panama City airport only. Must designate customers broker for clearance.
Dry Ice: Yes, via IP, IE, and IPF (maximum of 2 kg per package).

**Papua New Guinea**
Dangerous Goods Delivery: No
Dry Ice: Accepted for Vaccine import shipments only via IP.
Call **1.877.398.5851** for IP1 or IXF Service availability.

**Paraguay**
Dangerous Goods Delivery: No
Dry Ice: Yes, via IP and IE (inbound only). Shipments with dry ice require a special operating plan before being sent. Please contact Sales.
Call **1.877.398.5851** for IP1 or IXF Service availability.

**Peru**
Dangerous Goods Delivery: No
Dry Ice Delivery: Yes, via IP and IE (inbound only). Shipments with dry ice require a special operating plan before being sent. Please contact Sales.
Call **1.877.398.5851** for IP1 or IXF service availability.

**Philippines**
Dangerous Goods Delivery: Yes, via IP, IE, IPF, and IEF.
Dry Ice: Yes, via IP, IE, IPF, and IEF.
Radioactives/Explosives: No
UN3480 and UN3090 restricted from transport to postal codes 4900 to 9810.
Not all cities served.

**Poland**
Dangerous Goods Delivery: Yes, via IP, IE, and IPF.
Dry Ice: Yes, via IP, IE, IPF, and IEF.
Radioactives: No
Explosives: 1.4S only
Infectious Substances (Category A; UN2814 and UN2900): No
Not all cities served.

## Portugal

Dangerous Goods Delivery: Yes, via IP, IE, and IPF.
Radioactives: No
Explosives: 1.4S only
Infectious Substances (Category A; UN2814 and UN2900): No
Accessible DG cannot exceed 32 kg gross weight and the following dimensions: H 75cm, W 120cm, L 120 cm.
Islands, Madeira, and Azores: CAO Accesible DG: No
Lithium Batteries: UN3481 and UN3091 section II only
Dry Ice: Yes, via IP, IE, IPF, and IEF.

## Puerto Rico

Dangerous Goods Delivery: Yes
Accessible DG via IP and IPF only.
Inaccessible DG via IP, IE, IPF, and IEF.
1.4 Explosives must be designated as "HOLD AT LOCATION" (HAL) at Carolina and Aguadilla airports only.
DOT Exemptions and DOT Special Permits are accepted.
Dry Ice: Yes, via IP, IE, IPF, and IEF.
Not all cities served.

## Qatar

Dangerous Goods Delivery: Military to Military only via IP, IE, IPF, and IEF.
UN3480 and UN3090: No
UN3481 and UN3091: Yes with 38.3 test
All Dangerous Goods, no Cargo Aircraft Only shipments
Dry Ice: Military to Military only via IP, IE, IPF, and IEF. Exception: COVID Vaccine import shipments only fron non-military via IP and IPF.
Call **1.877.398.5851** for IP1 or IXF Service availability.

## Reunion Island

Dangerous Goods Delivery: No
Dry Ice: No
Call **1.877.398.5851** for IP1 or IXF Service availability.

## Romania

Dangerous Goods Delivery: Yes, via IP, IE, IPF, and IEF.
Dry Ice: Yes, via IP, IE, IPF, and IEF.
Radioactives: No
Explosives: No
Infectious Substances (Category A; UN2814 and UN2900): No
Not all cities served.

## Rota

See listing under Saipan

## Russia

Service to this country is suspended until further notice.

## Rwanda

Dangerous Goods Delivery: No
Dry Ice: No
Call **1.877.398.5851** for IP1 or IXF Service availability.

## Saba

Dangerous Goods Delivery: No
Dry Ice: No
Call **1.877.398.5851** for IP1 or IXF Service availability.

## Saipan

See listing under Northern Mariana Islands.

12/6/23, 11:39 AM
Case 1:23-cv-03175-CRC Document 8-2 Filed 12/06/23 Page 23 of 29
Dangerous Goods - Countries and Locations served | FedEx

**Samoa**
Dangerous Goods Delivery: No
Dry Ice: No
Call **1.877.398.5851** for IP1 or IXF Service availability.

**San Marino**
See listing under Italy

**Sao Tome and Principe**
Service to this country has never been initiated.

**Saudi Arabia**
Dangerous Goods Delivery: No
Dry Ice: Accepted for COVID Vaccine import shipments only via IP and IPF.
Call **1.877.398.5851** for IP1 or IXF Service availability.

**Scotland**
See listing under United Kingdom

**Senegal**
Dangerous Goods Delivery: No
Dry Ice: No
Call **1.877.398.5851** for IP1 or IXF Service availability.

**Serbia**
Dangerous Goods Delivery: Yes, via IP, IE, IPF, and IEF.
Dry Ice: Yes, via IP, IE, IPF, and IEF.
Radioactives: No
Explosives: No
Class 2 Gases: 2.2 only
Class 4 Flammable Solids: 4.1 only
Class 5 Oxidizers/Organic Peroxides: No
Infectious Substances (Category A; UN2814 and UN2900): No
Accessible DG cannot exceed 32 kg gross weight and the following dimensions: H 75cm, W 120cm, L 120cm.
Not all cities served.

**Seychelles**
Dangerous Goods Delivery: No
Dry Ice: Accepted for COVID Vaccine import shipments only via IP and IPF.
Call **1.877.398.5851** for IP1 or IXF Service availability.

**Sierra Leone**
Service to this country is suspended until further notice.

**Singapore**
Dangerous Goods Delivery: Yes, via IP, IE, IPF, and IEF.
Dry Ice: Yes, via IP, IE, IPF, and IEF.
Certain conditions apply
Radioactives/Explosives: No

**Slovak Republic**
Dangerous Goods Delivery: Yes, via IP, IE, IPF, and IEF.
Dry Ice: Yes, via IP, IE, IPF, and IEF.
Radioactives: No
Explosives: 1.4S only.
Infectious Substance (Category A; UN2814 and UN2900): No
Not all cities served.

**Slovenia**
Dangerous Goods Delivery: Yes, via IP, IE, IPF, and IEF.
Dry Ice: Yes, via IP, IE, IPF, and IEF.
Radioactives: No
Explosives: No
Infectious Substances (Category A; UN2814 and UN2900): No
Not all cities served.

**Solomon Islands**
This country is not served.

**Somalia**
Service to this country is suspended until further notice.

**South Africa**
Dangerous Goods Delivery: Yes, via IP and IPF.
Dry Ice: Yes, via IP and IPF.
Radioactives/Explosives: No
Class 2 Gases: No
Class 4.3 Dangerous when wet: No
Not all cities served.

**Spain**
Dangerous Goods Delivery: Yes, via IP, IE, IPF, and IEF.
No DG service to/from Canary Islands, Balearic Islands, Ceuta and Melilla.
Dry Ice: Yes, via IP, IE, IPF, and IEF.
Radioactives: No
Explosives: 1.4S only
Not all cities served.

**Sri Lanka**
Dangerous Goods Delivery: No
Dry Ice: Accepted for COVID Vaccine import shipments only via IP and IPF.
Call **1.877.398.5851** for IP1 or IXF Service availability.

**St. Barthelemy**
Dangerous Goods Delivery: No
Dry Ice: No
Call **1.877.398.5851** for IP1 or IXF Service availability.

**St. Christopher**
See listing under St. Kitts and Nevis.

**St. Croix Island**
See listing under U.S. Virgin Islands.

**St. Eustatius**
Dangerous Goods Delivery: No
Dry Ice: No
Call **1.877.398.5851** for IP1 or IXF Service availability.

**St. Helena**
Service to this country has never been initiated.

**St. John**
See listing under the U.S. Virgin Islands.

**St. Kitts and Nevis**
Dangerous Goods Delivery: Yes, via IP, IE, IPF, and IEF. Hold at Location only.
Service to St. Kitts only; no service to Nevis.

Dry Ice: Yes, via IP, IE, IPF, and IEF.
Radioactives/Explosives: No
Not all cities served.

**St. Lucia**
Dangerous Goods Delivery: Yes, via IP, IE, IPF, and IEF. Hold at Location only.
Dry Ice: Yes, via IP, IE, IPF, and IEF.
Radioactives/Explosives: No

**St. Maarten**
Dangerous Goods Delivery: Yes, via IP, IE, IPF, and IEF.
Dry Ice: Yes, via IP, IE, IPF, and IEF.
Not all cities served.

**St. Martin**
See listing under St. Maarten.

**St. Pierre and Miquelon**
This country is not served.

**St. Thomas**
See listing under U.S. Virgin Islands.

**St. Vincent**
Dangerous Goods Delivery: Yes, via IP, IE, IPF, and IEF. Hold at Location only.
Dry Ice: Yes, via IP, IE, IPF, and IEF.
Radioactives/Explosives: No
Not all cities served.

**Sudan**
Service to this country is suspended until further notice.

**Suriname**
Dangerous Goods Delivery: No
Dry Ice: Yes, via IP and IE (inbound only).
Call **1.877.398.5851** for IP1 or IXF Service availability.

**Swaziland**
See listing under Eswatini.

**Sweden**
Dangerous Goods Delivery: Yes, via IP, IE, IPF, and IEF.
Dry Ice Delivery: Yes, via IP, IE, IPF, and IEF.
Radioactives: No
Explosives: 1.4S only
Accessible DG cannot exceed 32 kg gross weight and the following dimensions: H 75cm, W 120cm, L 120cm.
Not all cities served.

**Switzerland**
Dangerous Goods Delivery: Yes, via IP, IE, IPF, and IEF.
Dry Ice: Yes, via IP, IE, IPF, and IEF.
Radioactives: No
Explosives: 1.4S only
Infectious Substances (Category A; UN2814 and UN2900): To limited areas only.
Not all cities served.

**Syria**
This country is not served.

**Tahiti**
See listing under French Polynesia.

**Taiwan, China**

Dangerous Goods Delivery: Yes, via IP, IE, IPF, and IEF.

Dry Ice: Yes, via IP, IE, IPF, and IEF.

Pickup/Delivery to all direct-serve areas.

OPA/ODA Hold at Location and receive over counter (ROC) only.

Radioactives/Explosives: No

IPF as Hold at Location and ROC only.

DG exceeding the following limits are accepted as Hold at Location at Ta-Yuan International Airport FedEx Facility only:
Gas shipments over 50 kg, Liquid DG over 100 kg, or Solid DG over 200 kg.

**Tajikistan**

Service to this country has never been initiated.

**Tanzania**

Dangerous Goods Delivery: No

Dry Ice: Accepted for COVID Vaccine import shipments only via IP and IPF.

Call **1.877.398.5851** for IP1 or IXF Service availability.

**Thailand**

Dangerous Goods Delivery: Yes, via IP, IE, IPF, and IEF.

Dry Ice: Yes, via IP, IE, IPF, and IEF.

Radioactives/Explosives: No

Following locations require BSO only: HHQX, NAKA, HKTA, CNXA and LPTA (no FedEx clearance and no FedEx delivery).

**Tinian**

See listing under Northern Mariana Islands.

**Togo**

Dangerous Goods Delivery: No

Dry Ice: No

Call **1.877.398.5851** for IP1 or IXF Service availability.

**Tokelau Islands**

Service to this country has never been initiated.

**Tonga**

Dangerous Goods Delivery: No

Dry Ice: No

Call **1.877.398.5851** for IP1 or IXF Service availability.

**Tortola Island**

See listing under British Virgin Islands.

**Trinidad and Tobago**

Dangerous Goods Delivery: Yes, via IP, IE, IPF, and IEF. Hold at Location only.

Dry Ice: Yes, via IP, IE, IPF, and IEF.

Radioactives/Explosives: No

**Tunisia**

Dangerous Goods Delivery: No

Dry Ice: No

Call **1.877.398.5851** for IP1 or IXF Service availability.

**Turkey**

Dangerous Goods Delivery: No

Dry Ice: No

Call **1.877.398.5851** for IP1 or IXF Service availability.

**Turkmenistan**

Service to this country is suspended until further notice.

**Turks and Caicos Islands**
Dangerous Goods Delivery: Yes, via IP and IPF.
Radioactives/Explosives: No
Dry Ice: Yes, via IP, IE, IPF, and IEF.
Call **1.877.398.5851** for IP1 or IXF Service availability.

**Tuvalu**
This country is not served.

**U.S. Virgin Islands**
Dangerous Goods Delivery: Yes, via IP, IE, IPF, and IEF (St. Thomas and St. Croix only).
DOT exemptions and DOT special permits are accepted.
Dry Ice: Yes, via IP, IE, IPF, and IEF.
Not all cities served.

**Uganda**
Dangerous Goods Delivery: No
Dry Ice: Accepted for COVID Vaccine import shipments only via IP and IPF.
Call **1.877.398.5851** for IP1 or IXF Service availability.

**Ukraine**
Service to this country is suspended until further notice.

**United Arab Emirates**
Dangerous Goods Delivery: Yes, via IP, IE, IPF, and IEF.
Dry Ice: Yes, via IP, IE, IPF, and IEF.
Radioactives: No
Explosives: Acceptable as receive over counter (ROC) or Hold at Location at DXB only.
Explosives require 48-hour notice and preapproval.

**United Kingdom**
Dangerous Goods Delivery: Yes, via IP, IE, IPF, and IEF.
Dry Ice: Yes, via IP, IE, IPF, and IEF.
Explosives: 1.4S only
Radioactives: No
Infectious Substances (Category A; UN2814 and UN2900): No
Not all cities served.

**United States**
Dangerous Goods Delivery: Yes, via IP and IPF.
Dry Ice: Yes, via IP and IPF.
Delivery restricted in parts of Alaska and Hawaii.
Class 4.3 as Hold at Location only unless shipped as limited quantity.
Not all cities served.

**Uruguay**
Dangerous Goods Delivery: No
Dry Ice: Yes, via IP and IE. Not all cities served. Accepted with commercial invoice only.
Call **1.877.398.5851** for IP1 or IXF Service availability.

**Uzbekistan**
Dangerous Goods Delivery: No
Dry Ice: No
Call **1.877.398.5851** for IP1 or IXF Service availability.

**Vanuatu**
Dangerous Goods Delivery: No
Dry Ice: No
Call **1.877.398.5851** for IP1 or IXF Service availability.

### Venezuela
Dangerous Goods Delivery: No
Dry Ice Delivery: Yes, via IP, IE, and IPF. Not all cities served.
Call **1.877.398.5851** for IP1 or IXF Service availability.

### Vietnam
Dangerous Goods Delivery: Yes, via IP and IPF (Class 9 only).
Dry Ice: Yes, via IP and IPF.
Call **1.877.398.5851** for IP1 or IXF Service availability.
Not all cities served.

### Wake Islands
Service to this country has never been initiated.

### Wallis and Futuna
Dangerous Goods Delivery: No
Dry Ice: No
Call **1.877.398.5851** for IP1 or IXF Service availability.

### Yemen Arab Republic
Service to this country is suspended until further notice.

### Zambia
Dangerous Goods Delivery: No
Dry Ice: No
Call **1.877.398.5851** for IP1 or IXF Service availability.

### Zimbabwe
Dangerous Goods Delivery: No
Dry Ice: Accepted for COVID Vaccine import shipments only via IP and IPF.
Call **1.877.398.5851** for IP1 or IXF Service availability.

© FedEx 1995-2023

Site Map | Terms of Use | Privacy & Security

 Iran Home |                                                             Text Size: A  A  **A**

**Due to the current US trade embargo, we currently offer no services to or from Iran.**

Global Home
This site is protected by copyright and trademark laws under US and International law. All rights reserved.© 1995-2023 FedEx