### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALIREZA BIJAN GHODSTINAT, <br> FRED FRAIDON KORANGY, and <br> BAHAR KORANGY, <br><br> Plaintiffs, <br><br> v. <br><br> THE ISLAMIC REPUBLIC OF IRAN <br><br> Defendant. | Civil Action No.: 1:23-cv-03175-CRC |

### [PROPOSED] ORDER

For the reasons stated in the Plaintiffs' Motion for Leave to Proceed with Service Pursuant to 28 U.S.C. § 1608(a)(4), and with good cause having been shown, **IT IS HEREBY ORDERED**, this ____ day of _____, 2023, that Plaintiffs' Motion is **GRANTED**.


/s/ _____
Hon. Christopher R. Cooper
United States District Court Judge