CO 226
Rev. 6/2018

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

ALIREZA BIJAN GHODSTINAT
FRED FRAIDON KORANGY
BAHAR KORANGY

                Plaintiff(s)

vs.

THE ISLAMIC REPUBLIC OF IRAN

                Defendant(s)

Civil Action No.: 1:23-cv-03175

## AFFIDAVIT REQUESTING FOREIGN MAILING

I, the undersigned, counsel of record for plaintiff(s), hereby request that the Clerk mail a copy of the summons and complaint (and notice of suit, where applicable) to (list name(s) and address(es) of defendants):

THE ISLAMIC REPUBLIC OF IRAN
c/o Hossein Amir-Abdollahian
Ministry of Foreign Affairs
Imam Khomeini St.
Imam Khomeini Sq.
Tehran, Iran

by: (check one)
- ☐ certified or registered mail, return receipt requested
- ☐ DHL
- ☐ Fed Ex

pursuant to the provisions of: (check one)
- ☐ FRCP 4(f)(2)(C)(ii)
- ☐ 28 U.S.C. § 1608(a)(3)
- ☐ 28 U.S.C. § 1608(b)(3)(B)
- ☑ 28 U.S.C. § 1608(a)(4)

I certify that this method of service is authorized by the domestic law of (name of country): Iran, and that I obtained this information by contacting the Overseas Citizens Services, U.S. Department of State.

/s/ Kirby D. Behre
(Signature)

Kirby D. Behre
Miller & Chevalier Chartered
900 16th Street, N.W.
Washington, D.C. 20006

(Name and Address)