# Miller & Chevalier

**Kirby D. Behre**
Member
(202) 626-5960
kbehre@milchev.com

December 6, 2023

**Via Hand Delivery and CM/ECF**

Office of the Clerk
Attn: Angela D. Caesar, Clerk of the Court
United States District Court for the District of Columbia
United States Courthouse
333 Constitution Avenue, N.W.
Washington, D.C. 20001

> Re: Request for Service of Process on Defendant, The Islamic Republic of Iran, in *Ghodstinat v. Islamic Republic of Iran*, Civil Action No: 1:23-cv-03175-CRC.

Dear Ms. Caesar:

In connection with the above captioned case, we write to request that you take all necessary steps to effect service in this matter on Defendant Islamic Republic of Iran ("Iran") pursuant to 28 U.S.C. § 1608(a)(4). The means of service set forth in § 1608(a)(1) and (2) are not available. As set forth below, Plaintiffs have not been able to serve Iran by mail within 30 days under 1608(a)(3) and therefore seeks to serve Iran by diplomatic channels under § 1608(a)(4).

Title 28 U.S.C. § 1608(a)(3) provides that service can be made upon a foreign state by sending two copies of the summons and complaint and a notice of suit, together with a translation of each (in this case translations are in Farsi, the official language of Iran), "by any form of mail requiring a signed receipt, to be addressed and dispatched by the clerk of the court to the head of the ministry of foreign affairs of the foreign state concerned." 28 U.S.C. § 1608(a)(3). "[I]f service cannot be made within 30 days [under 28 U.S.C. § 1608(a)(3)]" the plaintiff should proceed with service through diplomatic channels under 28 U.S.C. § 1608(a)(4).

The Court's Affidavit Requesting Foreign Mailing lists three means of service under § 1608(a)(3): (1) certified or registered mail, return receipt requested; (2) DHL; or (3) FedEx. *See* ECF No. 5-1. Both the DHL and Federal Express have suspended service to Iran. *See* ECF No. 8-1. Counsel has also attempted to mail to Iran via USPS, but more than 30 days have already passed since the summons was issued on October 27, 2023. *See* ECF No. 6.

Since service was not effected under § 1608(a)(3) within 30 days, I am now requesting the Clerk to dispatch service through diplomatic channels, as provided in § 1608(a)(4). *See* 28 U.S.C. § 1608(a)(4) (permitting a plaintiff to effect service by diplomatic channels "if service cannot be made within 30 days under [§ 1608(a)(3)]").

December 6, 2023
Page 2

      In accordance with 28 U.S.C. § 1608(a)(4), I have enclosed: two copies of the summons, civil cover sheet, complaint and a notice of suit, together with two copies of each translation (in this case translations are in Farsi, the official language of Iran). Please dispatch the enclosed by the Clerk of the Court to the Secretary of State in Washington, District of Columbia, to the attention of the Director of Special Consular Services—and the Secretary shall transmit one copy of the papers through diplomatic channels to the foreign state and shall send to the clerk of the court a certified copy of the diplomatic note indicating when the papers were transmitted.

      Enclosed is a Federal Express package to the U.S. Department of State, L/CA/POG/GC, SA-17, 10th Floor, Washington, DC 20522-1710, ATTN: FSIA, pursuant to the provisions of 28 U.S.C. § 1608(a)(4).

      Please certify the mailing of the documents listed above and dispatch the materials to Defendant Iran via diplomatic channels. Thank you for your assistance in this matter.

Sincerely,

/s/ *Kirby D. Behre*

Kirby D. Behre

Enclosures